UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL MORAN,

Plaintiff,

-vs-                                                                C-1-01-171

EAGLE AFFILIATES, INC., et al.,

Defendants.

### CLERK'S MEMORANDUM ON COSTS

This matter is before the Clerk on the Bill of Costs filed by Defendant Eagle Affiliates, Inc. (doc. no. 68). A thorough review of the record indicates that no objection has been filed.

Therefore, the Bill of Costs is **GRANTED** in its entirety in the amount of **$4,200.92**. The five day period for filing a Motion to Retax before the Court shall begin upon receipt of this memorandum.

Dated: March 5, 2004

James Bonini, Clerk

BY: _____
Karen F. Jones
Resident Deputy-in-Charge

cc: Martin McHenry, Esq. (Counsel for Plaintiff
Gary Lee Greenberg, Esq. (Counsel for Defendants)
Barry D. Epstein, Esq. (Counsel for Defendants)
Michael J. Epstein, Esq. (Counsel for Defendants)