AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __OHIO (WESTERN DIVISION)__

MICHAEL MORAN

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   1:01cv0171

EAGLE AFFILIATES

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**That Defendant's Bill of Costs (Doc. 68) is hereby DENIED and Defendant's costs shall not be taxed against Plaintiff.**

January 21, 2005
Date

JAMES BONINI
Clerk

*/s/ Arthur Hill*
(By) Deputy Clerk